**UNITED STATES DISTRICT COURT**
for the
**DISTRICT OF COLORADO**

| | |
|---|---|
| Deborah Laufer, an Individual,<br>　　　　Plaintiff,<br>v.<br>Randall J. Looper, and Cynthia C.<br>Looper d/b/a Elk Run Inn,<br>　　　　Defendants. | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To:　　　Randall Looper d/b/a Elk Run Inn
　　　　627 W. Victory Way, Craig, CO 81625

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Suzette M. Marteny Moore
S. MOORE LAW, PLLC
2690 S. Combee Road
Lakeland, FL 33803
(863) 229-2140 (t)
Eservice@SMooreLaw.com
S.Moore@SMooreLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: _____　　_____
　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy*