## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF COLORADO

Deborah Laufer, an Individual,
                Plaintiff,               Civil Action No.

v.

Cynthia C. Looper and Randall J.
Looper d/b/a Elk Run Inn,
                Defendants.

### SUMMONS IN A CIVIL ACTION

To:        Cynthia C. Looper dba Elk Run Inn
              627 W. Victory Way
              Craig, CO 81625

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Suzette M. Marteny Moore
S. MOORE LAW, PLLC
2690 S. Combee Road
Lakeland, FL 33803
(863) 229-2140 (t)
Eservice@SMooreLaw.com
S.Moore@SMooreLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____

                                        *Signature of Clerk or Deputy*