UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2475

Deborah Laufer,
    Plaintiff,
v.
Randall J. Looper, and
Cynthia C. Looper d/b/a Elk Run Inn,
    Defendant(s).

---

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

---

I hereby certify that the instant action is not related to any pending or closed civil or criminal action previously filed in this Court, or any other Federal or State Court, or administrative agency.

                                            s/ Suzette M. Marteny Moore
                                            ***Suzette M. Marteny Moore***
                                            S. Moore Law, PLLC
                                            2690 S. Combee Road
                                            Lakeland, Florida 33803
                                            Telephone: (863) 229-2140
                                            E-mail 1: S.Moore@SMooreLaw.com
                                            E-mail 2: Eservice@SMooreLaw.com
                                            *Attorney for Plaintiff, Deborah Laufer*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2020, I filed the foregoing using the Court's electronic filing system, which will serve all counsel of record electronically.

                                            s/ Suzette M. Marteny Moore
                                            *Attorney*