**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:20 cv 2475-NYW

DEBORAH LAUFER,

Plaintiff,

v.

RANDALL J. LOOPER, and
CYNTHIA C. LOOPER d/b/a Elk Run Inn,

Defendant(s).

---

**NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT(S)**

---

Stephen Rotter, of the law firm The Workplace Counsel hereby enters his appearance in the above-captioned action on behalf of Defendant(s).

Respectfully submitted this 25th day of September

THE WORKPLACE COUNSEL

*s/ Stephen Rotter*
Stephen Rotter
The Workplace Counsel
1401 Lawrence Street, Suite 1600
Tel: 303.625.6400
stephen@theworkplacecounsel.com

## CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties and their counsel.