# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20 cv 2475-NYW

DEBORAH LAUFER,

Plaintiff,

v.

RANDALL J. LOOPER, and
CYNTHIA C. LOOPER d/b/a Elk Run Inn,

Defendant(s).

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT

Defendants, pursuant to D.C.Colo.LCivR 6.1, respectfully move the Court for an Order extending the time for the Defendants to file an Answer, or otherwise plead in this matter, up to and including October 23, 2020. In support, Defendants state as follows:

### Certificate of Conferral

1. Pursuant to D.C.Colo.LCivR 7.1(a), the undersigned counsel for Defendants represents he discussed the relief requested in this Motion with Plaintiff's counsel and is authorized to state Plaintiff does not oppose the extension of time.

### Unopposed Motion

2. Plaintiff filed her Complaint on August 18, 2020. (Doc. No. 1.)

3. On September 21, 2020, Defendants were served the summons and complaint in this matter, triggering an answer due date of October 9, 2020. (Doc. Nos. 7 and 8.)

4. On September 25, 2020, Defendants' counsel entered his appearance in this matter.

(Doc. 9.)

5. Upon entering his appearance, the parties conferred regarding upcoming deadlines in this matter including the Consent Form, Proposed Scheduling Order, the Scheduling Conference date, and the Answer date, in addition to engaging in initial settlement negotiations. The parties agreed additional time was needed to address these deadlines. Additionally, the undersigned requires more time to assess the claims lodged in this matter, the procedural posture, and potential settlement.

6. The time for filing an Answer or other responsive pleading did not expire, and Defendants' counsel was recently retained to represent Defendants in this matter.

7. None of the parties will suffer prejudice by this extension of time and this motion is not made for purposes of delay.

WHEREFORE, Defendants respectfully request an Order extending the deadline to answer or otherwise plead in response to the Complaint up to and including October 23, 2020.


Respectfully submitted September 28, 2020

THE WORKPLACE COUNSEL

*s/ Stephen Rotter*
Stephen Rotter
1401 Lawrence Street, Suite 1600
Denver, Colorado 80202
303.625.6400
stephen@theworkplacecounsel.com

*Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will electronically serve all parties.

*s/ Stephen B. Rotter*
Stephen B. Rotter
