## Select A Case

**Deborah Laufer is a plaintiff in 17 cases.**

| Case Number | Case Name | Status |
|---|---|---|
| 1:20-cv-02202-STV | Laufer v. Art, LLC | filed 07/27/20 |
| 1:20-cv-02224-NRN | Laufer v. Table Mountain Inn, Inc. | filed 07/28/20 |
| 1:20-cv-02236-NYW | Laufer v. Gravitas-2450 Larimer, LLC. | filed 07/29/20 |
| 1:20-cv-02253-NRN | Laufer v. Rabbit Ears Motel, Inc | filed 07/30/20 |
| 1:20-cv-02275-KLM | Laufer v. Nordic Lodge LLC | filed 08/03/20   closed 10/01/20 |
| 1:20-cv-02364-WJM-MEH | Laufer v. Denver Hotel Teatro, LLC | filed 08/10/20 |
| 1:20-cv-02368-PAB-KLM | Laufer v. 33247 Hwy.72, LLC | filed 08/10/20 |
| 1:20-cv-02369-PAB-STV | Laufer v. FOTM Acquisitions SPE, LLC et al | filed 08/10/20 |
| 1:20-cv-02403-STV | Laufer v. Inn at Steamboat Owners Association | filed 08/12/20 |
| 1:20-cv-02404-SKC | Laufer v. NEDA Enterprise Partnership | filed 08/12/20 |
| 1:20-cv-02405-KLM | Laufer v. 2500 Arapahoe St LLC | filed 08/12/20 |
| 1:20-cv-02425-KMT | Laufer v. Skyline Hospitality, Inc | filed 08/13/20 |
| 1:20-cv-02434-KMT | Laufer v. Jade Mountain Lodging Inc | filed 08/13/20 |
| 1:20-cv-02475-NYW | Laufer v. Looper et al | filed 08/18/20 |
| 1:20-cv-02492-WJM-KMT | Laufer v. Meepe | filed 08/19/20 |
| 1:20-cv-02555-MEH | Laufer et al v. Yun Sub et al | filed 08/25/20 |
| 1:20-cv-02631-STV | Laufer v. Sungwoo, Inc | filed 08/31/20 |