# Select A Case

**Deborah Laufer is a plaintiff in 17 cases.**

| | | |
|---|---|---|
| [1:20-cv-02202-STV](#) | Laufer v. Art, LLC | filed 07/27/20 |
| [1:20-cv-02224-NRN](#) | Laufer v. Table Mountain Inn, Inc. | filed 07/28/20 |
| [1:20-cv-02236-NYW](#) | Laufer v. Gravitas-2450 Larimer, LLC. | filed 07/29/20 |
| [1:20-cv-02253-NRN](#) | Laufer v. Rabbit Ears Motel, Inc | filed 07/30/20 |
| [1:20-cv-02275-KLM](#) | Laufer v. Nordic Lodge LLC | filed 08/03/20  closed 10/01/20 |
| [1:20-cv-02364-WJM-MEH](#) | Laufer v. Denver Hotel Teatro, LLC | filed 08/10/20 |
| [1:20-cv-02368-PAB-KLM](#) | Laufer v. 33247 Hwy.72, LLC | filed 08/10/20 |
| [1:20-cv-02369-PAB-STV](#) | Laufer v. FOTM Acquisitions SPE, LLC et al | filed 08/10/20 |
| [1:20-cv-02403-STV](#) | Laufer v. Inn at Steamboat Owners Association | filed 08/12/20 |
| [1:20-cv-02404-SKC](#) | Laufer v. NEDA Enterprise Partnership | filed 08/12/20 |
| [1:20-cv-02405-KLM](#) | Laufer v. 2500 Arapahoe St LLC | filed 08/12/20 |
| [1:20-cv-02425-KMT](#) | Laufer v. Skyline Hospitality, Inc | filed 08/13/20 |
| [1:20-cv-02434-KMT](#) | Laufer v. Jade Mountain Lodging Inc | filed 08/13/20 |
| [1:20-cv-02475-NYW](#) | Laufer v. Looper et al | filed 08/18/20 |
| [1:20-cv-02492-WJM-KMT](#) | Laufer v. Meepe | filed 08/19/20 |
| [1:20-cv-02555-MEH](#) | Laufer et al v. Yun Sub et al | filed 08/25/20 |
| [1:20-cv-02631-STV](#) | Laufer v. Sungwoo, Inc | filed 08/31/20 |