UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2475-NYW

Deborah Laufer, an individual,
    Plaintiff,
v.

Randall J. Looper, Cynthia C. Looper d/b/a Elk Run Inn,,
    Defendant(s).

### NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, by and through undersigned counsel, hereby files this Notice of Supplemental Authority in support of her standing.

On September 3, 2020, a district court in the Western District of Wisconsin issued an order for plaintiff to show cause why her complaint should not be dismissed for lack of standing. This order was issued in several cases, including *Laufer v. Lily Pond, LLC C Series*, 3:20-cv-617-wmc (W.D. Wis.). After briefing and a motion to dismiss and for sanctions filed by the defendant, the court issued an order on Dec. 30, 2020, at DE 25, a copy of which is attached hereto as Exhibit A.

In its Order, the District Court held that Laufer has standing. In this respect the Court relied on Havens *Realty Corporation v. Coleman*, 455 U.S. 363 (1982; *Carello v. Aurora Policemen Credit Union*, 930 F.3d 830 (7th Cir. 2019); *Fed. Election Comm'n v. Akins*, 524 U.S. 11 (1998); see also *Public Citizen v. U. S. Dep't of Justice*, 491 U.S. 440, 449 (1989; *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540, 1549 (2016); and *Laufer v. U.L.S.T.*, No. 20 C 3527, 2020 WL 6487199 (N.D. Ill. Nov. 4, 2020).

1

Following these cases, the Court held that Plaintiff suffered actionable injury in the form o informational and dignitary harm.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this January 4, 2021.

*/s/Suzette M. Marteny Moore*
**Suzette M. Marteny Moore**
Of Counsel, Thomas Bacon PA
2690 S. Combee Road
Lakeland, Florida 33803
(863) 229-2140 (T)
S.Moore@SMooreLaw.com
Eservice@SMooreLaw.com
*Attorneys for Plaintiff*
